UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD M. WOTTON III AND DARROLL E. WOTTON, Plaintiffs,<br><br>v.<br><br>MWI VETERINARY SUPPLY, INC. and JOHN J. FRANCIS, Defendants. | Case No. 1:12-cv-10176 |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs hereby dismiss this action **without prejudice**.

HAROLD M. WOTTON III and
DARROLL E. WOTTON
By their attorney's

/s/ Kevin J. O'Connor
Kevin J. O'Connor (BBO #555250)
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
(T) 617.345.9000
(F) 617.345.9020
koconnor@haslaw.com

Dated: February 21, 2012

CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2012, I served a copy of the above notice on counsel for defendants, Alan D. Berkowitz, Esq., Dechert LLP, 2929 Arch Street, Philadelphia, PA 19104, alan.berkowitz@dechert.com by email and mail.

/s/ Kevin J. O'Connor